IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA         *

vs.         *     Case # 1:06-CR-00155-CAP-GGB-3

JAMES BAILEY

\* \* \* \* \* \* \*

## MOTION TO STRIKE APPEARANCE

CLERK OF THE COURT:

Please strike the appearance of Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A. as attorneys for the Defendant. The appearance of **Kenneth W. Ravenell shall remain** as counsel for the Defendant.

Respectfully submitted,

*Kenneth W. Ravenell* (signature)

Kenneth W. Ravenell
One South Street
23rd floor
Baltimore, Maryland 21202
(410-539-6500)

*Robert B. Schulman* (signature)

Robert B. Schulman
SCHULMAN, TREEM, KAMINKOW
  & GILDEN, P.A.
Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202
PHONE: (410) 659-0111

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA        *

vs.                             *       Case # 1:06-CR-00155-CAP-GGB-3

JAMES BAILEY
                    *   *   *   *   *   *   *

NOTICE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2007, a copy of the foregoing Motion to Strike Appearance was mailed first class to: to the Honorable Charles A. Pannell, Jr., United States District Judge Suite 620, Atlanta, Georgia 30354; Gale McKenzie, Office of the United States Attorney, 75 Spring Street. S.W., Suite 600, Atlanta, Georgia 30303; Donald Franklin Samuel and Edward T. Garland, 3151 Maple Drive, N.E., Atlanta Georgia, 30305; and Max Richardson, Jr., 2024 Beaver Ruin Road, Norcross, GA 30071; and Drew Findling, Esquire, The Findling Firm, 3490 Piedmont Road, Suite 600, Atlanta, Georgia 30305.

_____
Kenneth W. Ravenell

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA     *

vs.     *     Case # 1:06-CR-00155-CAP-GGB-3

JAMES BAILEY

\* \* \* \* \* \* \*

ORDER

Upon the filing of Defendant's Motion to Strike Appearance it is this _____ day of November, 2007 ORDERED that

The appearance of Schulman, Treem, Kaminkow, Gilden and Ravenell, P.A. be striken and the appearance of Kenneth W. Ravenell shall remain.

_____
JUDGE