UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.                                                    Case No. 01-06-OR-155

JAMES H. BAILEY, III

AFFIDAVIT OF SERVICE OF ANTHONIO HIGHTOWER
ON RAY BROWN

1. My name is ANTHONIO HIGHTOWER and I am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties.

2. I am a United States citizen, 18 or more years of age. and am authorized to make service on this person.

3. I have this day served RAY BROWN by personally delivering to him the attached Subpoena in a Criminal Case at 6250 Hemperly Road, Atlanta, GA 30349 on 09/24/2008 at 8:15 PM.

Sworn to and subscribed
this 24th day of September 2008.

_____                           _____
Notary Public                                     ANTHONIO HIGHTOWER

# United States District Court

NORTHERN        DISTRICT OF        GEORGIA

UNITED STATES OF AMERICA
V.
JAMES H. BAILEY, III

SUBPOENA IN A
CRIMINAL CASE

Case Number: 01-06-CR-155

TO: Ray Brown
6250 Hemperly Rd.
Atlanta, GA 30349

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below,
or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE US DISTRICT COURT NORTHERN DISTRICT OF GEORGIA 75 SPRING STREET, SW ATLANTA, GA 30303 | COURTROOM Hon Charles Pannell DATE AND TIME 9/26/08  9:30 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT JAMES N. HATTEN | DATE 9/24/2008 |

(By) Deputy Clerk
[signature]

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: Kenneth Ravenell, The Murphy Firm, One South St., 23rd Fl.