# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:06-cr-00155-CAP-GGB
### USA v. Newby-Allen et al
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 09/26/2008.

TIME COURT COMMENCED: 9:03 A.M.
TIME COURT CONCLUDED: 2:00 P.M.
TIME IN COURT: 3:10
COURT REPORTER: Martha Frutchey
DEPUTY CLERK: Y. Martin

DEFENDANT(S): [3]James Howard Bailey, III Present at proceedings
[5]Joey J. Blackwell Present at proceedings

ATTORNEY(S) PRESENT: Stanley Baum representing Joey J. Blackwell
Douglas Gilfillan representing USA
Kenneth Ravenell representing James Howard Bailey

PROCEEDING CATEGORY: Jury Trial Continued;

MINUTE TEXT: Dft Bailey's evidence continued: Raymond Brown; James Bowie; Jonathan Cox; Carl King; Derwin Ware and Lavinue Ezikeuzor, sworn. Dft's exhs admitted.

HEARING STATUS: Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m.. Jurors excused until the above time under the usual caution of the Court.

TRIAL STATUS: Evidence Entered, Continued