```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>NO. 1:06-155-3-CAP |
| JAMES H. BAILEY, III, | |
| Defendant. | |

ORDER DECLARING MISTRIAL

The Jury impaneled to try the above entitled case having had a lengthy deliberation, and the Foreperson having advised the court that they cannot agree upon a verdict as to counts 1 and 4-7, and the court being of the opinion that they cannot agree,

IT IS THEREFORE ORDERED that a Mistrial is hereby declared herein, and the cause is hereby withdrawn from further consideration of the Jury.

SO ORDERED, this 3rd day of October, 2008.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge