AO 442  (Rev. 5/93) Warrant for Arrest

FILED IN OPEN COURT
U.S.D.C. —

# UNITED STATES DISTRICT COURT

SEP 2 6 2008

__NORTHERN__ District of __GEORGIA__

JAMES N. ——
By: _____
Deputy Clerk

UNITED STATES OF AMERICA

V.

JOEY BLACKWELL, et al

**WARRANT FOR ARREST**

Case Number: 1:06-CR-155-CAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIAM CLAY FONVIELLE__
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  X Order of court  ☐ Violation  ☐ Probation Violation Petition

ATTEST A TRUE COPY
CERTIFIED THIS

charging him or her       (brief description of offense)

SEP 2 6 2008

FAILURE TO APPEAR FOR TRIAL AFTER BEING SERVED WITH SUBPOENA

James N. Hatten, Clerk
By: _____
Deputy Clerk

in violation of ____18____ United States Code, Section(s) ____USC 401, 402____

Charles A. Pannell, Jr.
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States District Judge
Title of Issuing Officer

September 26, 2008 at Atlanta, Georgia
Date and Location

Bail fixed at $ __NO BOND__ by __Charles A. Pannell, Jr.__
                                              Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 0 8 2008

## RETURN

This warrant was received and executed with the arrest of the above-named defendant   JAMES N. HATTEN, Clerk

Atlanta airport

By: _[signature]_ Deputy Clerk

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-26-08 | | |
| DATE OF ARREST | | |
| 9-26-08 | JB Jaynes SDUSM | _[signature]_ |

AO 442 (Rev. 12/85) Warrant for Arrest

# 60367-019