IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 1:06-CR-155-CAP-GGB |
| | : | |
| JAMES HOWARD BAILEY, III, | : | |
| JOEY J. BLACKWELL | : | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby dismisses the Second Superseding Indictment as to Defendant JOEY J. BLACKWELL, and the Indictment, First Superseding Indictment, and Counts one, four, five, six, and seven of the Second Superseding Indictment as to Defendant JAMES HOWARD BAILEY, III, and prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: /s/ Douglas W. Gilfillan
DOUGLAS W. GILFILLAN
ASSISTANT UNITED STATES ATTORNEY
(404)581-6186
(404)581-6181 (FAX)
Georgia Bar No. 294713

O R D E R

Now, to-wit, on the _____ day of October, 2008, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE